RECEIVED
JUL 11 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| DEBRA NULL | CIVIL ACTION NO. 12-1957 |
| VERSUS | JUDGE DRELL |
| GEOPHYSICAL ACQUISITION SERVICES, INC., ET AL | MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the motions to dismiss are DENIED.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, on this 11th day of July, 2013.

CHIEF JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT